**EXHIBIT F**

**From:** Paul Spivak [mailto:paul@contcollections.com]
**Sent:** Friday, April 02, 2010 12:05 PM
**To:** Bontrager, Nick
**Subject:** Tankersley v. Continental Collection Agency

Mr. Bontrager:  I assume your firm as an established price for buying out of one your FDCPA suits.  What is it going to cost us to buy out of the Tankersley v. Continental Collection Agency, Colo. Fed. Dist Ct Case No. 10CV00131-MSK-KMT?

Paul Spivak, General Counsel
Continental Collection Agency
1720 S. Bellaire St., Suite 801
Denver, CO 80222
Tel: 303-691-9570   Fax: 303-691-9433
paul@contcollections.com


-----Original Message-----
**From:** Bontrager, Nick [mailto:nbontrager@consumerlawcenter.com]
**Sent:** Friday, April 02, 2010 4:11 PM
**To:** Paul Spivak
**Subject:** RE: Tankersley v. Continental Collection Agency

Mr. Spivak-

What do you mean by "buy out"?

Thanks,

Nicholas J. Bontrager*
Attorney at Law
Krohn & Moss, Ltd
10474 Santa Monica Blvd.
Suite 401
Los Angeles, CA 90025
(323) 988-2400 x229
(866) 802-0021 (fax)
Email: nbontrager@consumerlawcenter.com
Web: www.krohnandmoss.com
*Licensed in California
*Federally Admitted in: CA, CO, FL(N.D.), IL(S.D)

**From:** Paul Spivak [mailto:paul@contcollections.com]
**Sent:** Saturday, April 03, 2010 9:03 AM
**To:** Bontrager, Nick
**Subject:** RE: Tankersley v. Continental Collection Agency

Mr. Bontrager:  I'm sorry, I thought my meaning was clear.  I mean how much do you want to dismiss the suit.

Paul Spivak
Continental Collection Agency
1720 S. Bellaire St., Suite 801
Denver, CO 80222
Tel: 303-691-9570   Fax: 303-691-9433
paul@contcollections.com

-----Original Message-----
**From:** Bontrager, Nick [mailto:nbontrager@consumerlawcenter.com]
**Sent:** Monday, April 05, 2010 6:56 PM
**To:** Paul Spivak
**Subject:** RE: Tankersley v. Continental Collection Agency

Plaintiff's demand is $4,000 and based upon the following terms:

1. Defendant will close the account, cease all further collection activities, and will request a removal of any negative trade-line entries it provided to the credit agencies (if applicable),
2. We will prepare and file the notice of settlement (if applicable),
3. We will prepare and file the dismissal order after we confirm receipt of the settlement checks (if applicable),
4. Defendant will provide two separate checks: one for us and one for our client (our Tax ID is 364065555),
5. Defendant will prepare and e-mail me the proposed settlement documents within 7 days,
6. We will receive payment within 30 days from acceptance, and
7. Should either party be required to bring an action to enforce the terms of this agreement, the prevailing party will be entitled to recover reasonable attorney's fees and costs incurred from the other party.

Please advise.

Thanks,

Nicholas J. Bontrager*
Attorney at Law
Krohn & Moss, Ltd
10474 Santa Monica Blvd.
Suite 401
Los Angeles, CA 90025
(323) 988-2400 x229
(866) 802-0021 (fax)
Email: nbontrager@consumerlawcenter.com
Web: www.krohnandmoss.com
*Licensed in California
*Federally Admitted in: CA, CO, FL(N.D.), IL(S.D)

**From:** Paul Spivak [mailto:paul@contcollections.com]
**Sent:** Tuesday, April 06, 2010 8:11 AM
**To:** Bontrager, Nick
**Subject:** RE: Tankersley v. Continental Collection Agency

How much of the 4000 is for the defendant?  Thanks, Paul
-----Original Message-----
**From:** Bontrager, Nick [mailto:nbontrager@consumerlawcenter.com]
**Sent:** Tuesday, April 06, 2010 9:18 AM
**To:** Paul Spivak
**Subject:** RE: Tankersley v. Continental Collection Agency

Your company is the defendant so none.

Thanks,

Nicholas J. Bontrager*
Attorney at Law
Krohn & Moss, Ltd
10474 Santa Monica Blvd.
Suite 401
Los Angeles, CA 90025
(323) 988-2400 x229
(866) 802-0021 (fax)
Email: nbontrager@consumerlawcenter.com

**From:** Paul Spivak [mailto:paul@contcollections.com]
**Sent:** Tuesday, April 06, 2010 8:24 AM
**To:** Bontrager, Nick
**Subject:** RE: Tankersley v. Continental Collection Agency

The plaintiff's share, excuse me.

**From:** Bontrager, Nick [nbontrager@consumerlawcenter.com]

**Sent:** Tuesday, April 06, 2010 8:50 AM

**To:** Paul Spivak

**Subject:** RE: Tankersley v. Continental Collection Agency

The statutory $1k max.

Thanks,

Nicholas J. Bontrager*
Attorney at Law
Krohn & Moss, Ltd
10474 Santa Monica Blvd.
Suite 401
Los Angeles, CA 90025
(323) 988-2400 x229
(866) 802-0021 (fax)
Email: nbontrager@consumerlawcenter.com
Web: www.krohnandmoss.com
*Licensed in California
*Federally Admitted in: CA, CO, FL(N.D.), IL(S.D)